AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Millennium Funding, Inc., et al. )<br>*Plaintiff* )<br>v. )<br>1701 Management, LLC, et al. )<br>*Defendant* ) | Civil Action No. 1:21-cv-20862-BB |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___03/28/2022___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___6/13/22___

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date: 6/13/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

       Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

       Defendants.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon the Plaintiffs' Motion for Final Default Judgment against Defendants 1701 Management LLC d/b/a/ LiquidVPN, AUH2O LLC and Charles Muszynski a/k/a Frederick Douglas, ECF No. [210] ("Motion"), filed on March 24, 2022. The Motion was granted in part and denied in part by a prior Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Default Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Default Judgment is entered in favor of Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS,

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC, and 42 VENTURES, LLC (collectively, "Plaintiffs") and against Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, and CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS (collectively, "Defendants") on Counts II-III (contributory infringement by inducement and material contribution), Count IV (vicarious infringement), Count V (secondary liability for DMCA violations), Count IX (trademark infringement), Count X (unfair competition), Count XI (breach of contract), and Count XIII (breach of publicity) pled against Defendants in the Second Amended Complaint, ECF No. [96], as follows:

    a. Permanent Injunction ordering conduct: Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI, their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are ordered to:

        i. block their end users from accessing the following notorious piracy websites of foreign origin that are listed in the annual trade report of Notorious Foreign

Case 1:22-mc-00022-MIS   Document 1   Filed 06/13/22   Page 4 of 12
Case 1:21-cv-20862-BB   Document 213   Entered on FLSD Docket 03/28/2022   Page 3 of 6

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

Markets published by the United States Government: (i) YTS.MX; (ii) piratebay.org; (iii) rarbg.to; (iv) 1337x.tw; and (v) popcorn-time.ga on networks under their control and any known proxy websites thereof; and

ii. to adopt a policy that provides for the prompt termination of end user accounts for which they receive more than three (3) notices of infringements of Plaintiffs' copyright protected Works, attached hereto as Exhibit 1, and said end users fail to provide a counter-notification;

b. Permanent Injunction restraining conduct: Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI, their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are permanently restrained and enjoined from:

i. infringing to and/or contributing to infringements of Plaintiffs' Works;

ii. promoting and encouraging their end users to use the LiquidVPN service as a means to conceal use of Popcorn Time and movie piracy websites such as the Pirate Bay for pirating Plaintiffs' Works and promoting their service as "Popcorn Time VPN" in violation of Plaintiff 42 Ventures LLC's trademark;

iii. displaying the title art of Plaintiff MILLENNIUM FUNDING, INC.'s work *Survivor* on their website; and

iv. referring to DAVID COX or his dissolved corporation LiquidVPN in any manner that falsely portrays him and his dissolved corporation as playing a role in the operations of LiquidVPN on their website;

c. Statutory Damages for trademark infringement pursuant to 15 U.S.C. § 1117(c): Plaintiff 42 VENTURES, LLC is entitled to an award of statutory damages of

Case 1:22-mc-00022-MIS   Document 1   Filed 06/13/22   Page 5 of 12
Case 1:21-cv-20862-BB   Document 213   Entered on FLSD Docket 03/28/2022   Page 4 of 6

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

**$250,000.00** against Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI jointly and severally;

d. Statutory Damages for copyright infringements pursuant to 17 U.S.C. § 504(c): Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., and SCREEN MEDIA VENTURES, LLC are awarded maximum statutory damages of **$9,900,000.00** ($150,000.00 for the infringement of each of the sixty-six (66) Works) against Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES

Case 1:22-mc-00022-MIS   Document 1   Filed 06/13/22   Page 6 of 12
Case 1:21-cv-20862-BB   Document 213   Entered on FLSD Docket 03/28/2022   Page 5 of 6

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MUSZYNSKI jointly and severally for direct copyright infringement, contributory copyright infringement and vicarious infringement;

e. Statutory Damages for DMCA violations pursuant to 17 U.S.C. § 1203(c)(3)(B): Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., and SCREEN MEDIA VENTURES, LLC are awarded maximum statutory damages of **$4,950,000.00** ($25,000.00 for the three (3) violations of the copyright management integrity of file copies of each of the sixty-six (66) Works) against Defendants 1701

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI jointly and severally for contributing to DMCA violations;

f. Damages for breach of contract: Plaintiffs MILLENNIUM FUNDING, INC. and VOLTAGE HOLDINGS, LLC are awarded damages of **$46,540.00** against Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI jointly and severally for breach of contract;

g. Damages for breach of statutory and common law right of publicity: Plaintiffs MILLENNIUM FUNDING, INC. and VOLTAGE HOLDINGS, LLC are awarded **$25,863.00** against Defendants 1701 MANAGEMENT LLC, AUH2O LLC, and CHARLES MUSZYNSKI jointly and severally for breach of the publicity rights of DAVID COX; and

h. Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

2. The Court orders execution to issue for this Final Default Judgment.
3. The Court denies all relief not granted in this Final Default Judgment.
4. The Court retains jurisdiction to enforce this Final Default Judgment.
5. To the extent not otherwise disposed of, any pending motions are **DENIED AS MOOT** and all pending deadlines are **TERMINATED**.
6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 25, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

6

# Exhibit 1

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (formerly 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 2 | AMBI Distribution Corp. | *2047: Sights of Death* | PA0001928667 |
| 3 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 4 | After Productions, LLC | *After* | PAu003973225, PAu003527570 |
| 5 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 6 | Morgan Creek Productions, Inc. | *All Eyez on Me* | PA0002061487, PAu003807571 |
| 7 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 8 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 9 | Voltage Holdings, LLC (formerly Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 10 | Bedeviled LLC | *Bedeviled* | PAu003830868, PAu003800316 |
| 11 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 12 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 13 | Colossal Movie Productions, LLC | *Colossal* | PAu003825360, PAu003806054 |
| 14 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 15 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 16 | Millennium Funding, Inc. (formerly Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 17 | YAR Productions, Inc. | *Distorted* | PAu003917156, PAu003877425 |
| 18 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 19 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 20 | FSMQ Film, LLC | *Finding Steve McQueen* | PA0002193078 |
| 21 | FW Productions, LLC | *Future World* | PA0002024764 |
| 22 | Voltage Holdings, LLC | *Good Kill* | PAu003762377, PAu003726363 |
| 23 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 24 | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| 25 | Millennium Funding, Inc. (formerly Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 26 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 27 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 28 | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| 29 | Ambi Distribution Corp. | *In Dubious Battle* | PA0002061686 |
| 30 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 31 | Badhouse Studios, LLC | *Larceny* | PAu003852034, PAu003892760 |
| 32 | LF2 Productions, Inc. | *Leatherface* | PAu003809024, PA0002054658 |
| 33 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 34 | Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| 35 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 36 | Voltage Holdings, LLC | *Pay the Ghost* | PA0001957914, TXu001920050 |
| 37 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 38 | Voltage Holdings, LLC | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 39 | Badhouse Studios, LLC | *Rumble* | PAu003785952, PAu003739043 |
| 40 | Rupture CAL, Inc. | *Rupture* | PA0002042442, PAu003782239 |
| 41 | Millennium Funding, Inc. | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 42 | MON, LLC | *Singularity* | PAu003848900 |
| 43 | SF Film, LLC | *SKIN* | PA0002173645 |
| 44 | Speed Kills Productions, Inc. | *Speed Kills* | PAu 3924057, PAu3882363 |
| 45 | Voltage Holdings, LLC | *Status Update* | PAu003867210, PAu003850446 |
| 46 | Millennium IP, Inc. | *Stoic fka Acts of Vengeance* | PA0002111678 |
| 47 | Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| 48 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
| 50 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 51 | Voltage Holdings, LLC | *The Cobbler* | PAu003744688, PAu003742177 |
| 52 | Voltage Holdings, LLC | *The Company You Keep* | PAu003660935, PAu003578816 |
| 53 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 54 | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 55 | Voltage Holdings, LLC | *The Necessary Death of Charlie Countryman* | PAu003663305, TXu001808502 |
| 56 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 57 | Definition Delaware LLC/Voltage Holdings, LLC | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 58 | Hannibal Classics Inc. | *USS Indianapolis: Men of Courage* | PA0002008277, PAu003776074 |
| 59 | Justice Everywhere Productions LLC | *Vengeance: A Love Story* | PAu003835145, PAu003901379 |
| 60 | MON, LLC | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |
| 61 | State of the Union Distribution and Collections, LLC | *Wild Horses* | PA0001988862 |
| 62 | Paradox Studios, LLC | *Trading Paint* | PAu003955092, |
| 63 | Paradox Studios, LLC | *Black Butterfly* | PAu003875290, PAu003826055, PAu003854895 |
| 64 | Screen Media Ventures, LLC | *The Hurricane Heist* | PA0002147321 |
| 65 | Glacier Films I, LLC | *American Heist* | PA0001398023 |
| 66 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu4084868, PAu4005787 |