UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Case No.: 1:22-mc-00022

MILLENNIUM FUNDING, INC. et al,

    Judgment Creditors/Plaintiffs,

vs.

1701 MANAGEMENT LLC et al,

    Judgment Debtors/Defendants.

**AFFIDAVIT OF KERRY CULPEPPER**

Pursuant to NMS § 39-4A-4 (Notice of filing), KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct

1.    I am principal of the firm Culpepper IP, LLLC which is counsel for the Judgment Creditors/Plaintiffs for the Judgment originating from Case No. 21-cv-20862-BLOOM/Otazo-Reye in the Southern District of Florida.

2.    I have personal knowledge of the matters stated herein, and this affidavit is given pursuant to NMS § 39-4A-4 to set forth the name and last known address of the Judgment Debtors and the Judgment Creditor.

3.    The address of Judgment Creditors is as follows:

Kerry S. Culpepper  
75-170 Hualalai Road  
Suite B204  
Kailua-Kona, HI 96740

4.    The last known addresses of the Judgment Debtors are as follows:

| | | |
|---|---|---|
| 1701 Management LLC<br>Stolberg Law LLC<br>151 Calle de San Francisco<br>Suite 201<br>San Juan, PR 00901 | AUH2O LLC<br>Southpac Trust Nevis<br>Limited,<br>Hunkins Plaza, PO Box 681<br>Main Street, Charlestown<br>NEVIS | CHARLES MUSZYNSKI<br>204 Rainbow Drive, #10485<br>Livingston, TX 77399-2004<br><br>CHARLES MUSZYNSKI<br>241 Rainbow Dr., #14166<br>Livingston, TX 77399-2041 |

5.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, June 13, 2022.

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740