



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

San Juan, PR 00901

Certified Mail Fee $3.75  $3.05
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.58
Total Postage and Fees $7.38

Sent To: 1701 Management LLC
Stolberg Law LLC
Street and Apt. No.: 151 Calle de San Francisco
City, State, ZIP+4: Suite 201
San Juan, PR 00901

7017 2620 0000 7023 9646

---

UNITED STATES POSTAL SERVICE.

KAILUA KONA
74-5577 PALANI RD
KAILUA KONA, HI 96740-9998
(800)275-8777

06/14/2022                          11:40 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.58 |
| Livingston, TX 77399 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Tue 06/21/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70172620000070239653 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6448 0346 2992 63 | | | |
| Total | | | $7.38 |
| First-Class Mail® Letter | 1 | | $0.58 |
| San Juan, PR 00901 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Tue 06/21/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70172620000070239646 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6448 0346 2992 70 | | | |
| Total | | | $7.38 |
| First-Class Mail® Letter | 1 | | $0.58 |
| Livingston, TX 77399 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Tue 06/21/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70172620000070239660 | | | |
| Return Receipt | | | $3.05 |

**Exhibit "1"**